IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALCINDOR THADEUS ROBERTS, SR. | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 18-62752-WLH |

---

| | | |
|---|---|---|
| WAH5 PROPERTY, LLC D/B/A LAKESIDE RETREAT AT PEACHTREE CORNER, | ) ) ) | |
| Movant, | ) | |
| v. | ) ) | **CONTESTED MATTER** |
| | ) | |
| ALCINDOR THADEUS ROBERTS, SR., Debtor, NANCY J. WHALEY, Chapter 13 Trustee, | ) ) ) | |
| Respondents. | ) | |

## NOTICE OF ASSIGNMENT OF HEARING

**NOTICE IS HEREBY GIVEN** that a Motion for Relief from Automatic Stay has been filed in the above-styled case and a hearing will be held on the Motion for Relief from the Automatic stay in Courtroom 1403, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia, at 2:30 p.m. on October 24, 2018.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including

1

address) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive SW (Spring Street), Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

   If a hearing on the motion for relief from the automatic stay cannot be held within thirty (30) days, Movant waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Movant consents to the automatic stay remaining in effect until the court orders otherwise.

Dated:   October 8, 2018

                                    /s/ J. Mike Williams
                                    Attorney for Movant
                                    State Bar No. 765209
                                    2970 Clairmont Road
                                    Suite 220
                                    Atlanta, GA  30329
                                    404-633-5114
                                    mwilliams@apartmentlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALCINDOR THADEUS ROBERTS, SR. | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 18-62752-WLH |

---

| | | |
|---|---|---|
| WAH5 PROPERTY, LLC D/B/A LAKESIDE RETREAT AT PEACHTREE CORNER, | ) ) ) | |
| Movant, | ) | |
| v. | ) ) | **CONTESTED MATTER** |
| | ) | |
| ALCINDOR THADEUS ROBERTS, SR., Debtor, NANCY J. WHALEY, Chapter 13 Trustee, | ) ) ) | |
| Respondents. | ) | |

### MOTION FOR RELIEF FROM AUTOMATIC STAY

**COMES NOW** WAH5 Property, LLC d/b/a Lakeside Retreat at Peachtree Corner, by and through counsel, and hereby moves the Court as follows:

1.

This Court has jurisdiction over this contested matter pursuant to 28 USC 1471 and 11 USC 362 and 363.

2.

The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on August 2, 2018.

3.

Movant is the lessor of the premises where the Debtor resides at 1808 Park Lake Lane, Peachtree, Georgia 30092 (the "Premises").

4.

Debtor leased said property from Movant under a written lease agreement at a monthly rental rate of $1,039.00 with a late fee of $365.00.

5.

The Debtor owes pre-petition rent and fees for the months of July and August 2018 in the amount of $2,718.48 and post-petition rent and fees including utilities for the months of September and October 2018 in the amount of $2,390.48.

6.

Pursuant to 11 USC 362, Movant is stayed from the commencement or continuation of any court or other proceeding against Debtor to recover the leased premises.

7.

Debtor has a mere possessory interest in the property.

8.

By reason of the foregoing, continuation of the automatic stay of 11 USC 362(a) will work real and irreparable harm to Movant.

9.

Debtor is still in possession of the premises, and Movant is not adequately protected. Therefore Debtor is required to return possession to the lessor.

**WHEREFORE,** Petitioner prays for:

1. An Order terminating the automatic stay and authorizing Movant to commence and/or continue with eviction proceedings in State Court;
2. An Order requiring Debtor to assume or reject the residential lease agreement;
3. A waiver of Bankruptcy Rule 4001(a)(3);
4. Reasonable attorney's fees; and/or

5. Such other and further relief as is just and proper.

This the 8th day of October, 2018.

/s/ J. Mike Williams
J. Mike Williams
Attorney for Movant
State Bar No. 765209

2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114
mwilliams@apartmentlaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| ALCINDOR THADEUS ROBERTS, SR. | ) | |
| | ) | |
| Debtor. | ) | CASE NO. 18-62752-WLH |

---

| | | |
|---|---|---|
| WAH5 PROPERTY, LLC D/B/A LAKESIDE RETREAT AT PEACHTREE CORNER, | ) ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | **CONTESTED MATTER** |
| | ) | |
| ALCINDOR THADEUS ROBERTS, SR., Debtor, NANCY J. WHALEY, Chapter 13 Trustee, | ) ) | |
| | ) | |
| Respondents. | ) | |

## **CERTIFICATE OF SERVICE**

I, J. Mike Williams, of 2970 Clairmont Road, Suite 220, Atlanta, Georgia 30329 certify:

That I at all times hereinafter mentioned was more than 18 years of age;

That on October 8, 2018, I served a copy of the within NOTICE OF ASSIGNMENT OF HEARING together with the MOTION FOR RELIEF FROM STAY filed in this bankruptcy matter on the following respondents via U.S. First Class Mail addressed as follows:

    Nancy J. Whaley
    Nancy J. Whaley, Standing Ch. 13 Trustee
    303 Peachtree Center Avenue
    Suite 120, Suntrust Garden Plaza
    Atlanta, GA 30303

    Alcindor Thadeus Roberts, Sr
    1808 Park Lake Lane
    Peachtree, GA 30092

    Howard P. Slomka
    Slipakoff & Slomka, PC
    Overlook III - Suite 1700
    2859 Paces Ferry Rd, SE
    Atlanta, GA 30339

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.


Executed on:   October 8, 2018                <u>/s/  J. Mike Williams</u>
                                                            J. Mike Williams
                                                             Attorney for Movant
                                                             State Bar No. 765209


2970 Clairmont Road
Suite 220
Atlanta, GA  30329
404-633-5114
mwilliams@apartmentlaw.com


L:\2MIKE\BANKRUPT\2018 Motions\Lakeside Retreat at Peachtree Corner – Alcindor Roberts – MFR.doc